# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROBERT ANTOINE

NO. 2025 KW 0558

**AUGUST 22, 2025**

---

In Re:    Robert Antoine, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-17-0482.

---

**BEFORE:    THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court acted on relator's "Supplement to Motion Requesting a Rehearing And/or Reconsideration of Judgment" on May 9, 2025.

MRT
AHP
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT